JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ABDULLAH KOROGLU,

Petitioner,

v.

DAVID J. VENTURELLA, et al.,

Respondents.

Case No. 5:26-cv-05153-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: September 29, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE